AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

UNITED STATES OF AMERICA

V.

DONTAY EDWARD SHAMEL

**WARRANT FOR ARREST**

Case Number:  1:02CR00067

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DONTAY EDWARD SHAMEL
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

( SEE ATTACHED )

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI
Name of Issuing Officer

CLERK
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

FEBRUARY 16, 2005    CINCINNATI, OHIO
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| ATLANTA, GA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/16/05 | ALLAN SHAW DEPUTY U.S. MARSHAL | _[signature]_ FOR ATLANTA POLICE |
| DATE OF ARREST | USMS CINCINNATI | |
| 01/02/06 | | |