UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                     Case No. __1:02cr067__
                                       (Hogan, MJ.)                 2006 JAN 27  AM 11: 14

DONTAY EDWARD SHAMEL,
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: Arthur Hill
Court Reporter: none present
Date/Time: January 27, 2006 at 11:00 am

United States Attorney: _Anthony Springer_  Defendant Attorney: _Kelly Johnson, AFPD_

*Initial Appearance Hearing on [] Complaint;[] Indictment; [] Information; or [X] petition for probation / supervised release*
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed.  FPD

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____  Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____
_____  _____
AUSA Exhibits: _____  Defendant Exhibits: _____

[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info   [ ] Indict Read     [ ] Info Read
Defendant pleads:   [ ] GUILTY     [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: _Case cont'd to J. Weber_