IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | :<br>:<br>: | Case No.: CR-1-02-67<br><br>( Judge Herman J. Weber) |
| v. | : |  |
| DONTAY EDWARD SHAMEL,<br>　　　　Defendant | :<br>: |  |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, February 8, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_s/Herman J. Weber_____
　　　　　　　　　　　　　　　　　　Herman J. Weber, Senior Judge
　　　　　　　　　　　　　　　　　　　United States District Court