UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
       -vs-                                            CASE NO. CR-1-02-67
**DONTAY SHAMEL**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Anthony Springer
DEFENSE: Kelly Johnson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Sue Ferrell

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer L. Cooper

DATE: Wednesday, February 8, 2006
TIME: 10:00 a.m. - 10:32 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel.

Defendant admits violations. The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF SIX (6) MONTHS** and following incarceration, shall serve a term of Supervised Release of **TWO (2) YEARS**.

Defendant request that the Court recommend that he be placed in the Hamilton County Justice Center. The Court will make the recommendation to the BOP.

**The Defendant Is Further Ordered to Abide by the Special Conditions and Standard Conditions of Supervised Release for the Southern District of Ohio.**

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.