# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Dontay Edward Shamel**                                   Case Number: **1:02CR00067**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 7, 2003**

Original Offense: **Fraud**

Original Sentence: **351 day(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **December 26, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | New Law Violation: On 4-25-08, the defendant was charged in Hamilton County, Ohio, with Receiving Stolen Property, a Felony in the fifth degree. According to the complaint, on 4-25-08, the defendant was found in possession of a 2007, Saturn automobile, owned and reported stolen by Alamo Rental Car Co., at the Greater Cincinnati International Airport. |

U.S. Probation Officer Action: **I recommend that no action be taken until this case is disposed of. This officer will notify the Court as to the disposition of his pending charge and I will make a recommendation at that time.**

Respectfully submitted,                                        Approved,

by  Lorraine Cooper                                     by  John Cole
U. S. Probation Officer                                    Supervising U. S. Probation Officer
Date:    **May 13, 2008**                                Date:    **May 13, 2008**

PROB 12A
(12/98)
RE: SHAMEL, Dontay

2

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

5/14/08
_____
Date